UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:
```

| | |
|---|---|
| ABC,<br><br>                    Plaintiff,<br><br>          v.<br><br>DEF,<br><br>                    Defendant. | 21-MC-200 (RA) |
| ABC,<br><br>                    Plaintiff,<br><br>          v.<br><br>DEF,<br><br>                    Defendant. | 21-MC-201 (RA) |
| ABC,<br><br>                    Plaintiff,<br><br>          v.<br><br>DEF,<br><br>                    Defendant. | 21-MC-204 (RA)<br><br><u>ORDER</u> |

RONNIE ABRAMS, United States District Judge:

   The Clerk of Court is respectfully directed to terminate these three sealed cases.

SO ORDERED.

Dated:    July 30, 2021
          New York, New York

                              _____
                              RONNIE ABRAMS
                              United States District Judge